## IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| MICHAEL P. AYLWARD and JEAN E. | ) | |
| AYLWARD | ) | No. 16-28184 |
| | ) | Chapter 13 |
| Debtors | ) | Honorable Janet S. Baer, |
| | ) | |

### NOTICE OF DEFAULT

Notice of default of the May 18, 2018 Agreed Order is hereby given to Michael P. Aylward and Jean E. Aylward and counsel for Debtor. Pursuant to the Agreed Order, Debtor was to pay $100.00 per month toward the arrearage on their post-petition assessment account with Creditor Lakewood Crossing at Hampshire Homeowners Association and remain current on the accruing assessments. The balance should have been current as of April 1, 2019. However, the actual balance on the post-petition account is $252.57. Therefore, Debtor is in default under the Agreed Order in the amount of $252.57.

Please consider this a notice of default pursuant to paragraph 4 of the Agreed Order. Please forward $252.57 by cashier's check or money order made payable to Lakewood Crossing at Hampshire Homeowners Association to Keay & Costello, P.C., 128 South County Farm Road, Wheaton, Illinois 60187 no later than May 21, 2019. If the amount of $252.57 is not paid by May 21, 2019 to bring the Agreed Order's payment plan current, the automatic stay on collection shall be dissolved pursuant to paragraph 4 of the Agreed Order and Lakewood Crossing at Hampshire Homeowners Association shall be entitled to pursue any and all remedies available to it for the collection of the post-petition arrearage.

LAKEWOOD         CROSSING         AT
HAMPSHIRE HOMEOWNERS
ASSOCIATION

By: _____
One of its attorneys

ARDC: 6308111
Benjamin J. Rooney
KEAY & COSTELLO, P.C.
128 South County Farm Road
Wheaton, IL 60187
(630) 690-6446

04/26/2019 12:57 PM

Resident Transaction Report
LAKEWOOD CROSSING AT HAMPSHIRE HOA
Dates 01/01/2018 to 04/26/2019

Page: 1

LC-ROCK  ROCKPORT ROAD
ROCKPORT ROAD
HAMPSHIRE IL  60140

FirstService Residential
21 Christopher Way
Eatontown NJ  07724

| Unit | Space | Resident | Type | Date | CC | Description | Check | Amount | Balance |
|------|-------|----------|------|------|----|-----------|-------|--------|---------|
| 2590 | | 02  Michael Aylward | App# | 206516 | | | Beg Bal | | 301.32 |
| | | Jean Aylward | Chg | 01/01/2018 | A2 | ASSOC. FEES-QTRLY | | 148.20 | 449.52 |
| | | 2590 Rockport Rd | Pay | 01/02/2018 | | Credit Card Pmt | 15881300 | -148.20 | 301.32 |
| | | Hampshire IL 60140 | Chg | 01/16/2018 | LC | LATE FEE | | 15.00 | 316.32 |
| | | | Chg | 01/30/2018 | LI | LATE INTEREST | | 4.81 | 321.13 |
| | | | Chg | 02/28/2018 | LI | LATE INTEREST | | 4.81 | 325.94 |
| | | | Chg | 03/30/2018 | LI | LATE INTEREST | | 4.81 | 330.75 |
| | | | Chg | 04/01/2018 | A2 | ASSOC. FEES-QTRLY | | 148.20 | 478.95 |
| | | | Chg | 04/16/2018 | LC | LATE FEE | | 15.00 | 493.95 |
| | | | Chg | 04/30/2018 | LI | LATE INTEREST | | 7.41 | 501.36 |
| | | | Chg | 05/10/2018 | LE | APR18 LEGAL 85880 | | 781.00 | 1,282.36 |
| | | | Pay | 05/29/2018 | | PMT | M/O-7819 | -200.00 | 1,082.36 |
| | | | Chg | 05/30/2018 | LI | LATE INTEREST | | 4.37 | 1,086.73 |
| | | | Pay | 06/12/2018 | | Assoc. Dues | 09897877 | -100.00 | 986.73 |
| | | | Chg | 06/30/2018 | LI | LATE INTEREST | | 2.62 | 989.35 |
| | | | Chg | 07/01/2018 | A2 | ASSOC. FEES-QTRLY | | 148.20 | 1,137.55 |
| | | | Pay | 07/09/2018 | | Credit Card Pmt | 23217106 | -148.29 | 989.26 |
| | | | Chg | 07/16/2018 | LC | LATE FEE | | 15.00 | 1,004.26 |
| | | | Pay | 07/16/2018 | | Assoc. Dues | 09897962 | -100.00 | 904.26 |
| | | | Chg | 07/30/2018 | LI | LATE INTEREST | | 2.59 | 906.85 |
| | | | Pay | 08/21/2018 | | PMT | 09955750 | -100.00 | 806.85 |
| | | | Chg | 10/01/2018 | A2 | ASSOC. FEES-QTRLY | | 148.20 | 955.05 |
| | | | Pay | 10/09/2018 | | Credit Card Pmt | 27129033 | -148.29 | 806.76 |
| | | | Pay | 10/10/2018 | | PMT | 09893370 | -100.00 | 706.76 |
| | | | Pay | 11/19/2018 | | PMT | 09955824 | -100.00 | 606.76 |
| | | | Pay | 12/17/2018 | | Pmt | 09893397 | -100.00 | 506.76 |
| | | | Chg | 01/01/2019 | A2 | ASSOC. FEES-QTRLY | | 148.20 | 654.96 |
| | | | Pay | 01/08/2019 | | Credit Card Pmt | 31358151 | -148.29 | 506.67 |
| | | | Pay | 03/11/2019 | | PMT | 09893388 | -200.00 | 306.67 |
| | | | Chg | 04/01/2019 | A2 | ASSOC. FEES-QTRLY | | 148.20 | 454.87 |
| | | | Pay | 04/08/2019 | | Credit Card Pmt | 36102180 | -148.29 | 306.58 |
| | | | Cr | 04/26/2019 | LC | WAIVE LATE FEE | | -30.00 | 276.58 |
| | | | Cr | 04/26/2019 | LI | WAIVE LATE INT | | -24.01 | 252.57 |
| | | | | | | | End Bal | | 252.57 |