## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| MICHAEL P. AYLWARD and JEAN E. | ) | |
| AYLWARD | ) | No.  16-28184 |
| | ) | Chapter 13 |
| Debtors | ) | Honorable Janet S. Baer, |
| | ) | |

### NOTICE OF FILING

To:    See attached Service List.

**PLEASE TAKE NOTICE** that on this 30th day of April, 2019, the undersigned caused to be electronically filed, with the Clerk of Court for the United States Bankruptcy Court, Northern District of Illinois, Eastern Division, LAKEWOOD CROSSING AT HAMPSHIRE HOMEOWNERS ASSOCIATION'S NOTICE OF DEFAULT, a copy of which is attached hereto and served upon you herewith.

Benjamin J. Rooney

### PROOF OF SERVICE

The undersigned attorney certifies that he served a true and correct copy of the foregoing and within by electronic mail to all those parties eligible to receive the same electronically and by depositing same in the U.S. Mail, Wheaton, Illinois addressed to all the parties appearing above on the 30th day of April, 2019, with proper postage prepaid.

Benjamin J. Rooney

SUBSCRIBED and SWORN to before me
this 30th day of April, 2018.

Notary Public

#6308111
Benjamin J. Rooney
KEAY & COSTELLO, P.C.
128 South County Farm Road
Wheaton, Illinois 60187
(630) 690-6446

## Service List

Michael P. Aylward
2590 Rockport Road
Hampshire, Illinois 60140

Jean E. Aylward
2590 Rockport Road
Hampshire, Illinois 60140

Joseph P Doyle
Law Office of Joseph P Doyle
105 S Roselle Road, Suite 203
Schaumburg, Illinois 60193
(By electronic notice through ECF)

Glenn B. Stearns
801 Warrenville Road, Suite 650
Lisle, Illinois 60532
(By electronic notice through ECF)

Patrick S. Layng
Office of the U.S. Trustee, Region 11
219 South Dearborn Street, Room 873
Chicago, Illinois 60604
(By electronic notice through ECF)